**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Eric Ramirez and LA Public Insurance Adjusters, Inc. v. Dick Law Firm, PLLC and Eric Dick

Appellate case number:   01-21-00392-CV

Trial court case number: 2019-30183

Trial court:             113th District Court of Harris County

Date motion filed:       January 17, 2023

Party filing motion:     Appellees

The en banc court has unanimously voted to deny the motion for en banc reconsideration filed by appellees, Dick Law Firm, PLLC and Eric Dick.  It is ordered that the motion is **denied**.

Judge's signature: _____/s/ Julie Countiss_____
                        Acting for the Court*

*En banc court consists of Chief Justice Adams and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Landau, J., not sitting.

Date:  ___February 7, 2023_____